UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-253-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **PRELIMINARY ORDER** |
| | ) | **OF FORFEITURE** |
| DEREK JOSEPH PARKER | ) | *(NUNC PRO TUNC)* |

In the Bill of Information in this case, the United States sought forfeiture of property pursuant to 18 U.S.C. § 924, 22 U.S.C. § 401, and 28 U.S.C § 2461(c) as property that was involved in the crimes charged. (Doc. No. 12).

Defendant pled guilty to Count One in the Bill of Information; and was adjudged guilty of the offenses charged in those count. (Doc. No. 16: Acceptance and Entry of Guilty Plea). At sentencing, upon hearing the evidence, this Court determined that defendant would be ordered to forfeit specific property as described below. (Doc. No. 36: Judgment at 6). Pursuant to the government's motion, and the defendant's concession, (Doc. No. 45), this Order is entered as a preliminary order of forfeiture reflecting the oral statement of the Court at the sentencing hearing on April 20, 2018, *nunc pro tunc*.

**IT IS, THEREFORE, ORDERED**, *nunc pro tunc*:

1. Based upon defendant's conviction and the sentencing hearing, the United States is authorized to seize the following property, and it is hereby forfeited

to the United States for disposition according to law, subject to the provisions of 21 U.S.C. §853(n):

> **One Taurus Model PT-111 G2 9mm handgun with serial number TKM46833 and ammunition.**

2. Pursuant to 21 U.S.C. §853(n)(1), the government shall publish as required by law notice of this order and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may, as permitted by law and to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this order of forfeiture, as a substitute for published notice.

3. Upon adjudication of all third-party interests, this Court will enter a final order and judgment of forfeiture pursuant to 21 U.S.C. §853(n).

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge